IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KENNETH MARTIN,<br><br>             Plaintiff,<br>vs.<br><br>356TH JUDICIAL COURT JEFFERSON COUNTY,<br><br>             Defendant. | No.  1:22-CV-320-MJT |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This case was referred to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.  The Court has received and considered the Report of the United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.

Judge Stetson recommended that Plaintiff Kenneth Martin's Notice of Removal of Criminal Prosecution [dkt. 1] be denied, and this case be dismissed without prejudice. [Dkt. 2.] Martin filed a motion for extension giving him until September 30, 2022, to file objections to the report and recommendation.  [Dkt. 4.]  The Court granted his motion extending his deadline until September 30, 2022.  [Dkt. 5.]  This deadline has now passed, and Martin still has not filed any objections to the proposed findings and recommendations contained in the magistrate judge's report.

Accordingly, the report and recommendations of the magistrate judge are correct and the report of the magistrate judge is ADOPTED.  It is therefore ORDERED that Defendant's Motion

to Remove [dkt. 1] is DENIED and this case is *sua sponte* DISMISSED WITHOUT PREJUDICE.

**SIGNED this 6th day of October, 2022.**

Michael J. Truncale
United States District Judge